**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 449 MAL 2017
                                 :
                 Respondent     :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
               v.                   :
                                 :
                                 :
DAVID MAURICE SPRINGER,       :
                                 :
               Petitioner        :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.